No. 3,871.—ARCHIBALD A. McKINLEY, RESPONDENT, *v.* T. F. DANAHER, APPELLANT.

*Appeal from District Court, Missoula County; A. L. Duncan, Judge.*

Decided July 6, 1917.

PER CURIAM.—On motion of appellant, the appeal in the above-entitled cause is hereby dismissed.

*Mr. Robert C. Stong,* for Appellant.

*Mr. Harry H. Parsons,* for Respondent.

———

No. 3,907.—M. E. KOST ET AL., RESPONDENTS, *v.* MONTANA CON. GOLD MIN. CO. ET AL., APPELLANTS.

*Appeal from District Court, Park County; Albert P. Stark, Judge.*

Decided September 10, 1917.

PER CURIAM.—In accordance with stipulation of the parties herein, the appeal is dismissed.

*Mr. J. E. Healy,* for Appellants.

*Mr. Fred L. Gibson* and *Messrs. Walsh, Nolan & Scallon,* for Respondents.